UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>vs.<br><br>JEFFERY SCOTT FINNEY,<br><br>Defendant/Petitioner. | No. 2:11-CR-0132-LRS-1<br><br>**ORDER DIRECTING CLERK TO TERMINATE PENDING MOTION** |

IT IS HEREBY ORDERED: The Clerk the Court shall terminate the Defendant's § 2255 Motion at ECF No. 49. The Motion was DENIED by the court's earlier Orders at ECF No. 65, ECF No. 69, and ECF No. 80.

IT IS SO ORDERED.

DATED this 27th day of September, 2017.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
SENIOR U.S. DISTRICT COURT JUDGE

ORDER - 1