PROB 12C
(6/16)

Report Date: September 22, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

9/23/21
SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeffery Scott Finney               Case Number: 0980 2:11CR00132-LRS-1

Address of Offender:                    Cheney, Washington 99004

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 20, 2012

Original Offense:    Unlawful Possession and Sale of a Stolen Firearm, 18 U.S.C. § 922(j); Unlawful Possession and Disposition of a Stolen Firearm, 18 U.S.C. § (922)j;

Original Sentence:   Prison - 137 months          Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:  George J.C. Jacobs, III       Date Supervision Commenced: March 16, 2021

Defense Attorney:     Federal Defender's Office     Date Supervision Expires: March 15, 2024

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**:  It is alleged that Mr. Finney violated his terms of supervised release by using methamphetamine, marijuana, cocaine, and morphine on or about September 21, 2021.

On March 17, 2021, the undersigned and Mr. Finney reviewed his conditions of supervision. He signed his judgment acknowledging an understanding of his conditions of supervision, which included special condition number 17.

At the direction of the undersigned officer, Mr. Finney reported to the probation office on September 21, 2021, to submit to urinalysis testing. The undersigned officer observed what appeared to be a deception device being used by Mr. Finney in an attempt to pass his urinalysis test. The undersigned officer directed Mr. Finney to remove the deception device, and he complied.

Prob12C
**Re: Finney, Jeffery Scott**
**September 22, 2021**
**Page 2**

A valid urine sample was collected, which tested presumptive positive for methamphetamine, marijuana, cocaine, and morphine. He admitted to the undersigned officer that he used methamphetamine and marijuana on September 20, 2021, but denied using cocaine or morphine. The urine sample was sent to Alere Toxicology for further testing.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/22/2021

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[✓]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

September 23, 2021
Date