PROB 12C
(6/16)

Report Date: October 21, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jeffery Scott Finney | Case Number: 0980 2:11CR00132-LRS-1 |
| Address of Offender: | Cheney, Washington 99004 |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 20, 2012

Original Offense:   Unlawful Possession and Sale of a Stolen Firearm, 18 U.S.C. § 922(j); Unlawful Possession and Disposition of a Stolen Firearm, 18 U.S.C. § (922)j

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 137 months<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: March 16, 2021 | |
| Defense Attorney: | Payton B. Martinez | Date Supervision Expires: March 15, 2024 | |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/22/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**:  It is alleged that Mr. Finney violated his terms of supervised release by using methamphetamine and heroin on or about October 19, 2021. |
| | On March 17, 2021, the undersigned and Mr. Finney reviewed his conditions of supervision. He signed his judgment acknowledging an understanding of his conditions of supervision, which included special condition number 17. |
| | On October 20, 2021, the undersigned officer conducted a home visit at Mr. Finney's residence.  When questioned about his statements to his treatment provider on Monday, October 18, 2021, he admitted he used methamphetamine and heroin on October 19, 2021. He signed an admission form admitting to his illicit drug use. |

Prob12C
**Re: Finney, Jeffery Scott**
**October 21, 2021**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/21/2021

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[✓] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

October 21, 2021
Date