PROB 12C
(6/16)

Report Date: November 4, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Jeffery Scott Finney | Case Number: | 0980 2:11CR00132-LRS-1 |
| Address of Offender: | | Cheney, Washington 99004 | |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 20, 2012

| | |
|---|---|
| Original Offense: | Unlawful Possession and Sale of a Stolen Firearm, 18 U.S.C. § 922(j); Unlawful Possession and Disposition of a Stolen Firearm, 18 U.S.C. § 922(j) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 137 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: | March 16, 2021 |
| Defense Attorney: | Payton B. Martinez | Date Supervision Expires: | March 15, 2024 |

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/23/2021 and 10/21/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 21**: Defendant shall appear for inpatient treatment at the direction of U.S. Probation and comply with treatment for the recommended duration. Upon successful completion of inpatient treatment, Defendant shall continue on supervised release subject to all previously imposed conditions. |
| | **Supporting Evidence**: It is alleged that Mr. Finney violated his conditions of supervised release by being discharged unsuccessfully from inpatient treatment at Spokane Addiction and Recovery Center (SPARC) on November 3, 2021. |
| | On March 17, 2021, the undersigned and Mr. Finney reviewed his conditions of supervision. He signed his judgment acknowledging an understanding of his conditions of supervision. On October 21, 2021, Mr. Finney appeared in Court and the above inpatient treatment condition was added to his conditions of supervision. He was made aware and acknowledged an understanding of said condition. |
| | On November 3, 2021, the undersigned officer spoke with Mr. Finney. He advised he was unsuccessfully discharged from inpatient treatment for handing out his suboxone medication to another resident. |

Prob12C
**Re: Finney, Jeffery Scott**
**November 4, 2021**
**Page 2**

The undersigned officer received a voice mail from staff at SPARC. Staff advised that Mr. Finney had been discharged unsuccessfully from treatment for handing out his suboxone medication to another resident. Staff also stated that as Mr. Finney was leaving the facility, several residents heard Mr. Finney threaten the individual to whom he gave the medication, saying he was going to send his "homeboy" to SPARC and "shoot the dude who ratted on me."

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/04/2021

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[✓]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

November 4, 2021
Date