PS 8 (3/15)

Case 2:11-cr-00132-LRS    ECF No. 137    filed 12/01/21    PageID.653    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 01, 2021

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.          Finney, Jeffery Scott          Docket No.     0980 2:11CR00132-LRS-1

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Corey M. McCain, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jeffery Scott Finney, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the Court at Spokane, Washington, on the 22nd day of November 2021, under the following conditions:

**Additional Condition:** Defendant shall complete treatment indicated by an evaluation or recommended by Pretrial Services and shall comply with all rules of a treatment program. Defendant shall be responsible for the cost of testing, evaluation, and treatment, unless the United States Probation Office should determine otherwise. The United States Probation Office shall also determine the time and place of testing and evaluation and the scope of treatment.

Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation Office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

Following any evaluation or treatment ordered here, Defendant shall complete any recommended aftercare program.

If Defendant terminates any treatment program before it is completed, the treatment provider and Defendant shall immediately notify the U.S. Probation Officer.

If Defendant leaves an inpatient substance abuse treatment program before treatment is completed, the treatment facility and Defendant shall immediately notify the U.S. Probation Officer or, if the U.S. Probation Officer is unavailable, the U.S. Marshal, who shall in turn immediately notify the undersigned. Defendant shall comply with all directives of the U.S. Probation Officer.

**Additional condition #31:** Defendant shall return to the custody of the U.S. Marshal immediately and directly upon completion of treatment, absent further order of the court.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** It is alleged that Mr. Finney violated his conditions of pretrial release by being unsuccessfully discharged from inpatient treatment at Pioneer Center East (PCE) on November 29, 2021.

On November 19, 2021, Mr. Finney appeared in Court, before the Honorable James A. Goeke, U.S. Magistrate Judge, for the purpose of a detention hearing. The Court ordered Mr. Finney detained pending his release to enter into inpatient treatment on November 23, 2021, at PCE.

On November 23, 2021, Mr. Finney was released from custody as ordered and entered inpatient treatment at PCE. On November 29, 2021, the undersigned officer received a telephone call from the clinical supervisor at PCE. She advised that Mr. Finney was being unsuccessfully discharged from inpatient treatment for making racial and homophobic slurs and jokes. She advised that PCE has a no tolerance policy for this behavior. Mr. Finney was unsuccessfully discharged from inpatient treatment and failed to return to the custody of the U.S. Marshal.

PRAYING THAT THE COURT WILL ORDER A WARRANT.

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:  December 1, 2021 |
| by | s/Corey M. McCain |
|  | Corey M. McCain<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_James A. Goeke_
Signature of Judicial Officer

12/1/21
Date