PROB 12C
(6/16)

Report Date: April 19, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 21, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeffery Scott Finney     Case Number: 0980 2:11CR00132-LRS-1

Address of Offender:     Cheney, Washington 99004

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 20, 2012

Original Offense:     Unlawful Possession and Sale of a Stolen Firearm, 18 U.S.C. § 922(j);
Unlawful Possession and Sale of a Stolen Firearm, 18 U.S.C. § (922)j

Original Sentence:     Prison - 137 months;
TSR - 36 months     Type of Supervision: Supervised Release

Revocation Sentence:
(December 16, 2021)     Prison - 90 days;
TSR - 33 months

Asst. U.S. Attorney:     George J.C. Jacobs, III     Date Supervision Commenced: February 12, 2022

Defense Attorney:     Payton B. Martinez     Date Supervision Expires: November 11, 2024

## PETITIONING THE COURT

To issue a summons.

On February 15, 2022, the conditions of supervision were reviewed with Mr. Finney. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |

**Supporting Evidence**: It is alleged Mr. Finney violated his conditions of supervised release by using cocaine, on or around March 29, 2022.

On March 29, 2022, Mr. Finney reported to the probation office to submit to a random urinalysis test. The sample tested positive for cocaine and was later confirmed to be positive by Alere Toxicology. Mr. Finney denies the use of cocaine.

Prob12C
Re: Finney, Jeffery Scott
April 19, 2022
Page 2

| | | |
|---|---|---|
| 2 | | **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. |

**Supporting Evidence**: It is alleged that Mr. Finney is in violation of his conditions of supervision by traveling to the District of Montana, without the permission of the undersigned officer.

After receiving information that Mr. Finney had been traveling to Missoula, Montana, he was confronted on the information received about his unauthorized travel. He admitted traveling to the Missoula, Montana, area on or around April 2 and 8, 2022. He confirmed he did not get permission from the undersigned officer or another U.S. probation officer to travel on said dates to Montana.

3  **Standard Condition #7**: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full time employment you must try to find employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: It is alleged that Mr. Finney is in violation of his conditions of supervised release by failing to make any reasonable effort to secure employment since his release from custody on February 12, 2022.

On February 2, 2022, just prior to his release from custody, the undersigned officer had a conversation with Mr. Finney. Mr. Finney expressed that he was behind on bills and was in jeopardy of losing his housing, but he had a job opportunity. Since Mr. Finney released from the Spokane County Jail on February 12, 2022, he has not made a reasonable effort to secure employment and he continues to remain unemployed.

4  **Standard Condition #8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

**Supporting Evidence**: It is alleged Mr. Finney is in violation of his conditions of supervision by associating with a convicted felon since April 2, 2022.

In response to violation number 2, Mr. Finney was traveling to Montana, with a female friend. When he was questioned if she was a convicted felon, he admitted that she was, but he was unsure what the conviction was. A criminal record check of the female revealed that she has approximately 14 felony convictions.

Mr. Finney did not disclose his association with a known convicted felon nor did the undersigned officer grant him permission to associate with her.

Prob12C
Re: Finney, Jeffery Scott
April 19, 2022
Page 3

| | | |
|---|---|---|
| 5 | | **Special Condition #4:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence:** It is alleged Mr. Finney is in violation of his conditions of supervised release by failing to attend substance abuse treatment at Pioneer Human Services on the following days: March 7, 24, and 28, 2022.

On the above dates, the undersigned was notified by staff at Pioneer Human Services that Mr. Finney was not present for substance abuse treatment.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 19, 2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

April 21, 2022
Date