PROB 12C
(6/16)

Report Date: May 9, 2022

# United States District Court

**for the**

**Eastern District of Washington**

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 09, 2022

SEAN F. McAVOY, CLERK

Name of Offender: Jeffery Scott Finney             Case Number: 0980 2:11CR00132-LRS-1

Address of Offender:                                Cheney, Washington 99004

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 20, 2012

Original Offense:        Unlawful Possession and Sale of a Stolen Firearm, 18 U.S.C. § 922(j);
                         Unlawful Possession and Disposition of a Stolen Firearm, 18 U.S.C. § (922)j;

Original Sentence:       Prison - 137 months;           Type of Supervision: Supervised Release
                         TSR - 36 months

Revocation Sentence:     Prison - 90 days;
(December 16, 2021)      TSR - 33 months

Asst. U.S. Attorney:     George J. C. Jacobs, III      Date Supervision Commenced: February 12, 2022

Defense Attorney:        Federal Public Defender       Date Supervision Expires: November 11, 2024

## PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violations(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on April 19, 2022.

On February 15, 2022, the conditions of supervision were reviewed with Mr. Finney. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: It is alleged Mr. Finney failed to report to the U.S. Probation Office as instructed on or around April 27, and May 9, 2022. |
| | On April 15, 2022, Mr. Finney reported to the probation office. A sweat patch was applied to his arm to monitor his drug use. He was instructed to call the undersigned officer on April 25, 2022, to schedule a time to get his sweat patch removed. Mr. Finney failed to call the undersigned officer as directed. |

Prob12C
Re: Finney, Jeffery Scott
May 9, 2022
Page 2

On April 27, 2022, a message was left with Mr. Finney. He was instructed to report to the U.S. Probation Office. He failed to report as directed.

On May 6, 2022, the undersigned officer attempted to contact Mr. Finney by telephone. A voice mail and a text message were left instructing him to contact the undersigned officer. He failed to do so.

On May 8, 2022, the undersigned left another message with Mr. Finney. He was instructed to report to the probation office on May 9, 2022, at 9:30 a.m. He failed to report as directed. Mr. Finney is failing to make himself available for supervision.

7   **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: It is alleged that Mr. Finney is in violation of his conditions of supervised release by failing to attend substance abuse treatment at Pioneer Human Services on the following days: April 26, May 3, and 5, 2022.

8   **Special Condition #5:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** It is alleged that Mr. Finney is in violation of his conditions of supervised release by failing to submit to random urinalysis testing as directed on May 2, 2022.

On May 2, 2022, the color of the day for random urinalysis testing at Pioneer Human Services was gold 1, Mr. Finney's assigned color for urinalysis testing. Mr. Finney failed to provide a urine sample on that date.

The U.S. Probation Office respectfully recommends the Court **to issue a WARRANT** and incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 9, 2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
**Re: Finney, Jeffery Scott**
May 9, 2022
Page 3

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] Other — Incorporation of the violations in this petition with the other violations pending before the Court.

Defendant to appear before the Magistrate Judge.

_____
Signature of Judicial Officer

May 9, 2022
Date