PROB 12C
(6/16)

Report Date: May 13, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 16, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Jeffery Scott Finney | | Case Number: 0980 2:11CR00132-LRS-1 |
| Address of Offender: | Washington 99004 | |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 20, 2012

| | |
|---|---|
| Original Offense: | Unlawful Possession and Sale of a Stolen Firearm, 18 U.S.C. § 922(j); Unlawful Possession and Disposition of a Stolen Firearm, 18 U.S.C. § 922(j) |
| Original Sentence: | Prison - 137 months; TSR - 36 months |
| Type of Supervision: | Probation |
| Revocation Sentence: (December 16, 2021) | Prison - 90 days; TSR - 33 months |
| Asst. U.S. Attorney: | George J.C. Jacobs, III |
| Date Supervision Commenced: | February 12, 2022 |
| Defense Attorney: | Payton B. Martinez |
| Date Supervision Expires: | November 11, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/21/2022, and 05/09/2022.

On February 15, 2022, the conditions of supervision were reviewed with Mr. Finney. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: It is alleged Mr. Finney is in violation of his conditions of supervised release by using methamphetamine on or around May 10, 2022.<br><br>On May 12, 2022, Mr. Finney had an initial appearance before the Honorable James A. Goeke, U.S. Magistrate Judge. Prior to Court, the undersigned officer requested Mr. Finney submit to urinalysis testing and also questioned him about any illicit drug use. Mr. Finney disclosed that he had used methamphetamine "2 days ago," on or around May 10, 2022. |

Prob12C
Re: Finney, Jeffery Scott
May 13, 2022
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 13, 2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[✓]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

May 16, 2022
Date