PROB 12C
(6/16)

Report Date: April 3, 2023

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 03, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Jeffery Scott Finney | | Case Number: 0980 2:11CR00132-LRS-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇ Spokane, Washington 99205 | | |
| Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge | | |
| Date of Original Sentence: March 20, 2012 | | |
| Original Offense: | Unlawful Possession and Sale of a Stolen Firearm, 18 U.S.C. § 922(j); Unlawful Possession and Disposition of a Stolen Firearm, 18 U.S.C. § (922)j; | |
| Original Sentence: | Prison - 137 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence (December 16, 2021) | Prison- 90 days TSR- 33 months | |
| Revocation Sentence (May 26, 2022) | Prison- 8 months TSR- 25 months | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: January 11, 2023 |
| Defense Attorney: | Payton M. Martinez | Date Supervision Expires: February 10, 2025 |

### PETITIONING THE COURT

To issue a warrant.

On January 12, 2023, the conditions of supervision were reviewed with Mr. Finney. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: It is alleged that Mr. Finney is in violation of his conditions of supervision by failing to report to the United States Probation Office as instructed for a scheduled office appointment on March 16, 2023. |

Prob12C
**Re: Finney, Jeffery Scott**
**April 3, 2023**
**Page 2**

On March 10, 2023, the undersigned officer spoke with Mr. Finney via telephone regarding the offender missing substance abuse treatment at Pioneer Human Services (PHS) due to illness. Mr. Finney stated that he had been ill for days. The undersigned officer instructed Mr. Finney to report to the United States Probation Office on March 16, 2023, at 2:30 p.m. He was also instructed to seek medical care due to illness and to bring documentation to that March 16, 2023, appointment.

On March 16, 2023, Mr. Finney failed to report as instructed.

2    **Special Condition # 4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: It is alleged that Mr. Finney is in violation of his conditions of supervised release by failing to attend substance abuse treatment at Pioneer Human Services (PHS) on the following dates: February 17, March 3, 8, 10, 14, 15, 22, 24, 28 and 29, 2023.

3    **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Finney has violated the conditions of his supervised release by using methamphetamine and cocaine on or about March 17, March 21, and 22, 2023.

On March 17, 2023, Mr. Finney reported to the United States Probation Office. He submitted a urinalysis which returned presumptive positive for methamphetamine and cocaine, he admitted use and signed an admission form.

On March 21, 2023, Mr. Finney reported to Pioneer Human Services for the purpose of submitting a random urinalysis. The sample tested presumptive positive for methamphetamine and cocaine; he admitted use.

On March 22, 2023, Mr. Finney reported to the United States Probation Office. He submitted a urinalysis which returned presumptive positive for methamphetamine, cocaine, and fentanyl; he admitted using daily. Mr. Finney had obtained a bed date to enter into inpatient substance abuse treatment at Sun Ray Court on March 30, 2023. He was provided the reporting instructions and was directed to report to the United States Probation Office once discharged.

On March 31, 2023, the undersigned officer received verification that Mr. Finney failed to report to inpatient at Sun Ray Court as instructed.

Prob12C
**Re: Finney, Jeffery Scott**
**April 3, 2023**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/03/2023

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

April 3, 2023
Date